```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  LINDA COLLIAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00349 KJN |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE TRIAL DATES |
| v. ) | |
| LINDA COLLIAS, ) | Date: November 15, 2010 |
| Defendant. ) | Time: 9 A.M. |
| ) | Judge: Hon. Kendall J. Newman |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, LINDA COLLIAS, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for October 20, 2010 at 10:00 a.m. and the jury trial set for November 15, 2010 at 9:00 a.m., be vacated and set for trial confirmation hearing on Wednesday, November 17, 2010 at 9:00 a.m., and the jury trial be set for Monday, December 6, 2010 at 9:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because both parties require more time to fully investigate the facts alleged against Ms. Collias, particularly the alleged amount in controversy. 18 U.S.C. § 3161(h)(7)(A).

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until December 6, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

DATED: October 15, 2010                Respectfully submitted,
                                       DANIEL J. BRODERICK
                                       Federal Defender

                                        /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for Defendant
                                       LINDA COLLIAS


DATED: October 15, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                        /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 15, 2010.    /s/ Kendall J. Newman
                           HON. KENDALL J. NEWMAN
                           United States Magistrate Judge